# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KENNETH STUCKEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NESTLE CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.  1:20-cv-00511-NONE-SKO<br><br>**ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION FROM 440 (OTHER CIVIL RIGHTS) TO 550 (CIVIL RIGHTS)** |

　　　　Plaintiff, Andre Kenneth Stuckey, proceeding pro se, filed a civil action on April 10, 2020. (Doc. 1.)  Upon review of the complaint, the action appears to be more appropriately designated as a section 1983 prisoner petition, rather than a section 1983 civil action.

　　　　Accordingly, the Court HEREBY ORDERS the Clerk of Court to re-designate this action from 440 (other civil rights) to 550 (prisoner petition for civil rights).

IT IS SO ORDERED.

Dated:　**April 14, 2020**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1