UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KENNETH STUCKEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NESTLE CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00511-SKO (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF COMPLAINT<br><br>(Doc. 10) |

　　　　Plaintiff requests a copy of his complaint in this action. (Doc. 10.) He states that he was unable to make a copy at the prison law library because the library was closed in response to the COVID-19 pandemic. (*Id.*)

　　　　The Court GRANTS Plaintiff's request. The Court DIRECTS the Clerk's Office to mail Plaintiff a copy of his complaint (Doc. 1).

IT IS SO ORDERED.

Dated:　**July 6, 2020**　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE