UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KENNETH STUCKEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NESTLE CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00511-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR COPY OF MOTION**<br><br>(Doc. 16) |

　　　　On August 3, 2020, Plaintiff filed a motion for leave to file a first amended complaint. (Docs. 12-13.) On August 10, 2020, Plaintiff filed a motion for leave to file a second amended complaint. (Doc. 14.) On September 24, 2020, the Court issued a screening order directing Plaintiff to file a third amended complaint curing the deficiencies identified by the Court. (Doc. 17.) The Court disregarded Plaintiff's prior motions for leave to amend as moot. (*Id.* at 9.)

　　　　Plaintiff requests a copy of his motion to file a first amended complaint. (Doc. 16.) Given that the Court disregarded the motion as moot, and declined to screen Plaintiff's first amended complaint because it suffers from many of the same deficiencies as his original complaint, the Court DENIES Plaintiff's request for a copy of the motion.

IT IS SO ORDERED.

Dated:　**September 28, 2020**　　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE