UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KENNETH STUCKEY,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE CORPORATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00511-SKO (PC)<br><br>**ORDER DENYING MOTION TO CERTIFY CLASS ACTION AND RELATED MOTIONS**<br><br>(Docs. 20-23) |

Plaintiff Andre Kenneth Stuckey is a state prisoner proceeding *pro se* and *in forma pauperis* in this action. Plaintiff moves the Court to certify this case as a class action and for leave to file a "class action complaint." (Docs. 20, 22-23.)

A party requesting class certification must demonstrate that "(1) the class is so numerous that joinder of all members is impracticable; (2) there are questions of law or fact common to the class; (3) the claims or defenses of the representative parties are typical of the claims or defenses of the class; and (4) the representative parties will fairly and adequately protect the interests of the class." Fed. R. Civ. P. 23(a).

Plaintiff, as a prisoner proceeding *pro se*, is unable to satisfy the above prerequisites. "It is well established that *pro se* prisoner plaintiffs are unable to fairly represent and adequately protect the interests of [a] class," as required by Fed. R. Civ. P. 23(a)(4). *Pickett v. Brown*, No. C-11-0445-TEH, 2011 WL 3954553, at *1 (N.D. Cal. 2011) (citations omitted); *see also Gann v.*

*Valley State Prison*, No. 1:19-cv-01797-GSA, 2020 WL 70077, at *2 (E.D. Cal. 2020) (citations omitted). "A litigant appearing in propria persona has no authority to represent anyone other than himself," *Russell v. United States*, 308 F.2d 78, 79 (9th Cir. 1962) (citation omitted), and it "it is plain error to permit [an] imprisoned litigant who is unassisted by counsel to represent his fellow inmates in a class action," *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975).

Accordingly, Plaintiff's motions to certify this case as class action and for leave to file a class action complaint (Docs. 20, 22-23) are DENIED. Additionally, Plaintiff's motion for an extension of time to file a class action complaint (Doc. 21) is DENIED as moot.

IT IS SO ORDERED.

Dated: __**August 25, 2021**__                /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE