UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KENNETH STUCKEY,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE CORPORATION., et al.,<br><br>Defendants. | Case No. 1:20-cv-00511-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE, GRANTING EXTENSION OF TIME TO FILE FOURTH AMENDED COMPLAINT, AND DIRECTING RE-SERVICE OF SECOND SCREENING ORDER**<br><br>(Docs. 27-29) |

On October 14, 2021, the Court issued a second screening order finding that Plaintiff's third amended complaint fails to state a claim on which relief can be granted. (Doc. 27.) The Court directed Plaintiff to file a fourth amended complaint curing the deficiencies in his pleading or a notice of voluntary dismissal within 21 days. (*Id.* at 9.) Plaintiff failed to comply with the screening order within the time provided. Therefore, on November 24, 2021, the Court issued an order to show cause why this action should not be dismissed. (Doc. 28.)

On December 15, 2021, Plaintiff filed a response to the order to show cause and a motion for an extension of time to comply with the second screening order. (Doc. 29.) In a supporting declaration, Plaintiff states that he never received the screening order. (*Id.* at 2.)

Good cause appearing, the Court DISCHARGES its order to show cause (Doc. 28) and GRANTS Plaintiff's motion for an extension of time (Doc. 29). Plaintiff shall have until **January**

**12, 2022** to file a fourth amended complaint curing the deficiencies identified in the second screening order or, in the alternative, a notice of voluntary dismissal. **Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey court orders and failure to state a claim.**

The Court DIRECTS the Clerk's Office to re-serve the Court's second screening order (Doc. 27) on Plaintiff.

IT IS SO ORDERED.

Dated:   **December 16, 2021**            /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE