UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KENNETH STUCKEY,<br><br>  Plaintiff,<br><br>  v.<br><br>NESTLE CORPORATION, et al.,<br><br>  Defendants. | Case No.: 1:20-cv-0511 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. 39) |

The assigned magistrate judge found Plaintiff failed to file his amended complaint and did not otherwise comply with to the Court's orders. (Doc. 39 at 2-4.) Therefore, the magistrate judge recommended dismissal of the action without prejudice. (*Id.* at 5.) When served at Plaintiff's address of record, the Findings and Recommendations was returned as undeliverable on August 26, 2022. To date, Plaintiff has neither filed an amended complaint as previously ordered nor responded to the Court's prior orders.

Notably, by failing to provide a Notice of Change of Address to inform the Court of his proper mailing address, Plaintiff also failed to comply with Local Rule 183(b), which requires parties "appearing in propria persona [to] keep the Court and opposing parties advised as to his or her current address," and to notify the Court of an address change within 63 days. *See* Local Rule 183(b).

According to of 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations

1

are supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

     1.     The Findings and Recommendations issued on August 10, 2022 (Doc. 39), are **ADOPTED** in full.

     2.     This action is **DISMISSED** without prejudice.

     3     The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:  **October 7, 2022**

UNITED STATES DISTRICT JUDGE